# Court of Appeals
# of the State of Georgia

ATLANTA,___June 15, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12A1974.  DARNELL D. COLLINS v. THE STATE.**

In 2008, Darnell D. Collins pled guilty to possession of cocaine and other offenses.  Three years later, he filed a motion to correct his allegedly void sentence. In an order entered on December 12, 2011, the trial court denied the motion.  Fifty-six days later, on February 6, 2012, Collins filed a notice of appeal to this Court.

Pretermitting whether the order that Collins wishes to appeal is, in fact, appealable, this appeal is untimely.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Collins's failure to file a timely notice of appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_06/15/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, Clerk.